No. _____

64,101-06

This document contains some
pages that are of poor quality
at the time of imaging.

IN THE

TEXAS COURT OF CRIMINAL APPEALS

AT AUSTIN TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 03 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| RODGY LEE NESBY | § | IN THE 33RD DISTRICT COURT |
| Relator, | § | OF BURNET COUNTY, TEXAS |
| | § | |
| VS. | § | Tr. Ct. No. 94772, 96543 |
| | § | |
| GUILFORD JONES, III, | § | MOTION FOR LEAVE TO FILE |
| Judge, 33 rd District | § | FOR WRIT OF MANDAMUS |
| District Court of Burnet | § | |
| County Texas, Respondent. | § | |

TO THE SAID HONORABLE COURT:

NOW COMES RODGY LEE NESBY, Petitioner, and asks leave of court to file the attached Petition for writ of mandamus, and would show the following:

This is an extraordinary case that requires the Court of Criminal Appeals to exercise original jurisdiction because Petitioner has no adequate remedy at law, it involves ministerial acts only, and Petitioner has been unsuccessful in obtaining relief from the trial judge.

Respectfully submitted,

## CERTIFICATE OF SERVICE

I certify and verify that a copy of the foregoing has been served by placing the same in First Class U.S. Mail addressed to the following:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643

cc: Ms. Casie Walker, Burnet County District Clerk

Feb. 23, 2015.

Rodgy Lee Nesby

2.

# IN THE
## TEXAS COURT OF CRIMINAL APPEALS
### AT AUSTIN TEXAS

| | |
|---|---|
| RODGY LEE NESBY, <br> Relator, | IN THE 33RD DISTRICT COURT <br> OF BURNET COUNTY, TEXAS |
| VS. | Tr. Ct. No. 94772, 96543 |
| GUILFORD JONES, III., <br> Judge 33rd District Court <br> of Burnet County, Texas <br> Respondent. | Petition For Writ of Mandamus |

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES RODGY LEE NESBY, Petitioner, by and through pro se, Files this his application for writ of mandamus and complaining of Honorable Guilford Jones, III, Judge, Respondent, would show the court the following:

## I.

On the 30th day of January 30, 2014, Respondent was the duly qualified and acting presiding judge of the 33rd District Court of Burnet County, Texas and on said date in Cause No. 94772, 96543 styled The State of Texas vs Rodgy Lee Nesby entered an improper order to-wit:

Respondent denied Defendant's Motion to his constitutional right to a speedy trial and has refused to set said cases

for trial. Thomas v. Stevenson, 561 S.W. 2d 845 (Tex. Cr. App. 1978)

## II.

Said order of Respondent was improper and void for the following reasons:

The State of Texas has had over 10 years to bring Defendant to trial in both cause numbers and has failed to do so.

The Petitioner has filed motions for Final Disposition in these cause numbers; and Speedy Trial without any success, thus he now makes this his request to compel the Respondent to either try the causes or dismiss them.

The Petitioner has a constitutional right to a fast and speedy trial when faced with indictments by the State.

## III.

The acts required of the Respondent are ministerial in nature and are not subject to the discretion of the Respondent.

## IV.

Petitioner has no to right of appeal from the actions of the

2.

Respondent and has no adequate remedy at law other than a Writ of Mandamus as prayed for herein.

## V.

The motions and orders involved are marked as Exhibits A through D and are attached hereto and made a part hereof.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that leave to file this Petition be granted, that the same be set for submission, and that a Writ of Mandamus be issued by the Court ordering and directing the Respondent to set aside his order and to dismiss both indictments or bring Defendant to trial.

Respectfully submitted,

_Rodgy Lee Nesby_
Rodgy Lee Nesby

Feb. 23, 2015.

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct,

_Rodgy Lee Nesby_
Rodgy Lee Nesby

3.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy $ of the foregoing has served on the District Attorney of Burnet County.

Feb. 23, 2015.

Rodgy Lee Nesby, #1159956
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

4.

Exhibits - A

Cause No. 94772, 96543

THE STATE OF TEXAS     § IN THE 33RD DISTRICT COURT

VS.          § OF

RODGY LEE NESBY     § BURNET COUNTY, TEXAS

## REQUEST FOR FINAL DISPOSITION

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW RODGY LEE NESBY, DEFENDANT in the above styled and numbered cause, by and through pro se and makes this his request for final disposition. In Support thereof would show the Honorable Court as follows:

## I.

  Texas Department of Criminal Justice, Brad livingston Executive Director, official records indicate that the sheriffs office, Burnet County, Post Office Box 1249, Burnet, Texas 78611 has two (2) untried indictment, information, or complaint on the basis of which a warrant or detainer has been lodged against Defendant.

## II.

Rodgy Lee Nesby, defendant is presently incarcerated in the William P. Clements Unit of the Texas Department of Criminal Justice located at 9601 Spur 591, Amarillo, Texas 79107-9606 in Potter County. This written notice has been sent to the Warden of the William P. Clements Unit, by First Class U.S. Mail addressed the same above.

Executed: July 28, 2013

Respectfully Submitted,

_Rodgy Lee Nesby_

Rodgy Lee Nesby, Pro se
T.D.C.J. # 1159956

## DECLARATION

I, Rodgy Lee Nesby, T.D.C.J. # 1159956 being presently incarcerated in the William P. Clements Unit declare under penalty of perjury that the foregoing document is true and correct.

Dated: July 28, 2013

_Rodgy Lee Nesby_

Rodgy Lee Nesby, Pro se
T.D.C.J. # 1159956

2.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served upon the District Attorney's office of Burnet County by first Class U.S. mail address to the District clerk of Burnet County, On the 28th day of July 2013.

Rodgy Lee Nesby, Pro se

T.D.C.J. #1159956

3.

Exhibits - B

July 28, 2013

Mr. Rodgy Lee Nesby
No. 1159956
William P. Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

Warden
William P. Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

Re: Request for final disposition, Cause No. 94772, 96543;
Styled <u>State of Texas vs. Rodgy Lee Nesby</u>, In the 33rd
District Court of Burnet County, Texas.

    This notice is an official request for final disposition
in the above reference cause number(s) pursuant to chapter
51, Article 51.14 art. III (a) T.C.C.P.

    Your assistance with this matter is greatly appreciated.

    Thank you,

Sincerely,

Rodgy Lee Nesby
Rodgy Lee Nesby - Pro se
T.D.C.J. #1159956

Exhibits - C

March 19, 2014

Rodgy Lee Nesby #1159956
William P. Clements Unit
9601 Spur 591
Amarillo, Tx 79107-9606

Casle Walker
Burnet County District Clerk.
1701 East Polk, Suite 90
Burnet, Tx    78611-2737

Re: "Final Disposition" Cause No. 9477a. 96543; styled: State of
Texas vs Rodgy lee Nesby, In the 33rd District Court of Burnet
County, Texas.


In my letter to your office dated July 28, 2013, I made
a formal request that you file my request for a "Final disposition"
in the above reference causes and bring it to the Courts attention.
   This letter is a request as to whether your office acted on
my request.


Your response to this letter is requested, please, thank you.
Should your office have not acted this letter is a renewed
request that you do so.

Sincerely,

Rodgy Lee Nesby
Rodgy Lee Nesby

Exhibits - D

# INMATE CORRESPONDENCE REPLY

TO: RODGY LEE NESBY
    BILL CLEMENTS BILL
    9601 SPUR 591
    AMARILLO, TX 79107-9606

FROM: CASIE WALKER
    BURNET CO. DIST. CLERK
    1701 E. POLK STR. SUITE 90
    BURNET, TEXAS 78611-2757

CAUSE NO. N/A

DEAR MR. NESBY:

DATE: DECEMBER 8, 2014

[✓] Upon receipt of proper fee. the copies you requested will be prepared and mailed. Non-certified copies are $1.00 per page.

[ ] We will need a court order to prepare the copies you requested at no charge to you.

[ ]

[ ]

[ ]

[ ]

[ ]

[✓] Other: Your request for final disposition was denied on January 30, 2014 document (see above).

All further correspondence should indicate the above cause number.

(Handwritten copy of original)

Sincerely,
Casie Walker
Burnet County District Clerk